```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

FRANK NOONAN, et al.           :        CIVIL ACTION
                               :
                               :
         v.                    :
                               :
                               :
KATHLEEN KANE, et al.          :        NO. 15-6082

<u>ORDER</u>

AND NOW, this 19th day of July, 2016, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Kathleen G. Kane to dismiss Counts I through VI of the First Amended Complaint for failure to state a claim (Doc. # 29) is GRANTED;

(2)  the motion of defendant Michael Miletto to dismiss Count III of the First Amended Complaint for failure to state a claim (Doc. # 30) is GRANTED;

(3)  the motion of defendant Christopher Brennan to dismiss Count III of the First Amended Complaint for failure to state a claim (Doc. # 36) is GRANTED;

(4)  pursuant to 28 U.S.C. § 1367(c)(3), Counts VII and VIII of the First Amended Complaint are DISMISSED without prejudice; and

(5)  the Clerk shall mark this case closed as no claims remain.

> BY THE COURT:
>
> /s/ Harvey Bartle III
>                                 J.