IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK NOONAN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KATHLEEN KANE, et al. | : | NO. 15-6082 |

ORDER

AND NOW, this 2nd day of December, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of plaintiffs Frank Noonan, Randy Feathers, Richard A. Sheetz, Jr., E. Marc Constanzo, and Frank Fina "pursuant to Rule 60(b) to vacate order granting defendant Kane's motion to dismiss plaintiffs' amended complaint and seeking leave to file a second amended complaint" (Doc. # 47) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.