IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK NOONAN, et al. | : | CIVIL ACTION |
| v. | : | |
| KATHLEEN KANE, et al. | : | NO. 15-6082 |

ORDER

AND NOW, this 5th day of November, 2019, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of plaintiffs Frank Noonan, Randy Feathers, Richard A. Sheetz, Jr., E. Marc Constanzo, and Frank Fina to compel discovery of attorney communications and work-product (Doc. # 106) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                         J.