```
        IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| FRANK NOONAN, et al. | : | CIVIL ACTION |
| v. | : | |
| KATHLEEN KANE, et al. | : | NO. 15-6082 |

### ORDER

AND NOW, this 1st day of December, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of defendant Kathleen Kane for summary judgment against plaintiffs E. Marc Costanzo and Frank Fina on Count II of the First Amended Complaint is GRANTED;

(2) the motion of defendants Kathleen Kane and Michael Miletto for summary judgment against plaintiffs E. Marc Costanzo and Frank Fina on Count III of the First Amended Complaint is GRANTED; and

(3) the motion of defendant Kathleen Kane for summary judgment against plaintiffs Frank Noonan, Randy Feathers, Richard A. Sheetz, Jr., E. Marc Costanzo, and Frank Fina on Count VI of the First Amended Complaint is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.